IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CAROL LEVART,

    Plaintiff,

vs.

WAL-MART STORES, INC.,

    Defendant.

Case No. 15-cv-0930-SMY-SCW

**ORDER DISMISSING CASE**

Before the Court is Plaintiff's Motion to Dismiss Without Prejudice Pursuant to FRCP 41(a)(1)(A)(i) (Doc. 6). Defendant previously filed a Motion to Dismiss for Failure to State a Claim (Doc. 2), to which Plaintiff did not respond.

Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss a defendant by notice and without court order as long as the opposing party has not yet filed an answer or motion for summary judgment. As Defendant in this case has filed neither an answer nor a motion for summary judgment, the Court construes Plaintiff's motion as a *notice* of voluntary dismissal and DISMISSES this case without prejudice. All pending motions are DENIED as MOOT.

**IT IS SO ORDERED.**

**DATE: October 8, 2015**

    s/   *Staci M. Yandle*
    **STACI M. YANDLE**
    **DISTRICT JUDGE**